DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVAN NAVA,**
Appellant,

v.

**YURI KOVERDA** and **ELENA TARASSOVA,**
Appellees.

No. 4D21-75

[April 1, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Bowman, Judge; L.T. Case Nos. COCE18-017125 and CACE19-15404 (AP).

Alan Glenn, Hollywood, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***